**INDEX OF EXHIBITS**

| Exhibit No. | Name of Document |
|---|---|
| Exhibit 1 | June 20, 2019 Eighth Judicial District Court Minute Order |
| Exhibit 2 | Plaintiff's EEOC Charge of Discrimination |
| Exhibit 3 | TopGolf's Motion to Dismiss Plaintiff's Amended Complaint |
| Exhibit 4 | Plaintiff's Right to Sue letter from the EEOC |
| Exhibit 5 | Plaintiff's Opposition to TopGolf's Motion to Dismiss FAC |
| Exhibit 6 | TopGolf's Reply in Support of its Motion to Dismiss FAC |
| Exhibit 7 | Plaintiff's Motion to File Sur-Reply and Sur-Reply |
| Exhibit 8 | Plaintiff's Second Amended Complaint |
| Exhibit 9 | NERC Response to TopGolf's Subpoena |
| Exhibit 10 | Plaintiff's June 18, 2020 Motion to Amend SAC |
| Exhibit 11 | September 7, 2020 Order Granting Plaintiff's June 18, 2020 Motion to Amend |
| Exhibit 12 | Plaintiff's Motion to Enlarge Time to File Third Amended Complaint |
| Exhibit 13 | TopGolf's Opposition to Plaintiff's Motion to Enlarge Time |

## CERTIFICATE OF SERVICE

I hereby certify that I electronically transmitted the foregoing **PLAINTIFF'S MOTION TO REMAND AND FOR ATTORNEY'S FEES AND COSTS** to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Suzanne Martin
Erica Chee

Pursuant to FRCP 5(b), I hereby further certify that service of the foregoing was made on November 7, 2020 by depositing a true and correct copy of same for mailing, first-class mail, postage prepaid thereon, at Las Vegas, Nevada, addressed to the following:

Silvino Hinojosa, ID #01722886
Clark County Detention Center
330 S. Casino Center Boulevard
Las Vegas, NV 89101-6102
*Defendant in pro se*

DATED this 6th day of November, 2020.

                /s/ Isabella Lee
                An employee of Legal Offices of James J. Lee