CERTIFICATE OF CUSTODIAN OF RECORDS

STATE OF NEVADA,       )
                       )
COUNTY OF CLARK        )

Comes now, Christina Ennis, who, being first duly sworn, deposes and says:

1. That I am the Custodian of Records for the State of Nevada, Department of Employment, Training and Rehabilitation, Nevada Equal Rights Commission.

2. That on the 8th of November 2019, I was served with a subpoena in connection with Ciara Williams vs. Silvino Hinojosa, & Topgolf USA Las Vegas, LLC. District Court Case No. A-18-784031-C, Department No. IV.

3. That a full and complete search was completed in the Case Management System as well as electronic files regarding the above listed case name. Every effort was made to complete a full search I made every effort to search for a file under the presented case name and or case number listed above.

4. That no records were found under the listed charging party or respondent as indicated above.

Christina Ennis
Administrative Assistant II

SUBSCRIBED AND SWORN to before me this _____ day of December, 2019.

_____
NOTARY PUBLIC



CORALIE F. PETERSON
Notary Public, State of Nevada
No. 14-14849-1
My Appt. Exp. October 25, 2022

NERC Form #  -1/09

TOPGOLF-000308