ELECTRONICALLY SERVED
Case 2:20-cv-01871-RFB-NJK   Document 14-12   Filed 11/06/20   Page 1 of 3
9/7/2020 4:44 PM

Electronically Filed
09/07/2020 4:44 PM

CLERK OF THE COURT

**OGM**
SUZANNE L. MARTIN
Nevada Bar No. 8833
suzanne.martin@ogletreedeakins.com
ERICA J. CHEE
Nevada Bar No. 12238
erica.chee@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Wells Fargo Tower, Suite 1500
3800 Howard Hughes Parkway
Las Vegas, NV  89169
Telephone:  702.369.6800
Fax:  702.369.6888

*Attorneys for Defendant*
*TopGolf USA Las Vegas, LLC*

**EIGHTH JUDICIAL DISTRICT COURT**

**CLARK COUNTY, NEVADA**

| | |
|---|---|
| CIARA WILLIAMS,<br><br>              Plaintiff,<br><br>vs.<br><br>SILVINO HINOJOSA, AND TOPGOLF USA LAS VEGAS, LLC, DOES 1 through X, inclusive AND ROES through X, inclusive,<br><br>              Defendants. | Case No.:  A-18-784031-C<br>Dept. No.: IV<br><br>**ORDER GRANTING PLAINTIFF'S MOTION TO AMEND COMPLAINT** |

Plaintiff's Motion to Amend Complaint ("Motion") having come on before the Court for an *in camera* hearing, Defendant TopGolf USA Las Vegas, LLC's Notice of Non-Opposition to Plaintiff's Motion to Amend Complaint thereto having been filed pursuant to EDCR 2.20(e), and a Minute Order having been issued granting the Motion and directing Counsel to prepare the Order, good cause appearing,

. . .

. . .

. . .

. . .

1

1  IT IS HEREBY ORDERED that Plaintiff's Motion to Amend Complaint is hereby GRANTED.

IT IS FURTHER ORDERED that the Amended Complaint be filed ~~or deemed filed~~ within ten ~~five~~ days of the ~~execution~~ notice of entry of this Order.

DATED this _____ day of August, 2020.  Dated this 7th day of September, 2020

_____
DISTRICT COURT JUDGE
D8B 269 81E4 F875
Kerry Earley
District Court Judge

Respectfully submitted by:

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

/s/ Suzanne Martin
_____
Suzanne Martin, Nevada Bar No. 8833
Erica J. Chee, Nevada Bar No. 12238
3800 Howard Hughes Parkway, Suite 1500
Las Vegas, Nevada 89169
*Attorneys for Defendant TopGolf USA Las Vegas, LLC*

Approved as to form and content:

LEGAL OFFICES OF JAMES J. LEE

refused to sign
_____
James J. Lee
Nevada Bar No. 1909
2620 Regatta Drive, Suite 102
Las Vegas, NV 89128
*Attorney for Plaintiff*

2

**CSERV**

DISTRICT COURT
CLARK COUNTY, NEVADA

| | |
|---|---|
| Ciara Williams, Plaintiff(s) | CASE NO: A-18-784031-C |
| vs. | DEPT. NO.  Department 4 |
| Silvino Hinojosa, Defendant(s) | |

### AUTOMATED CERTIFICATE OF SERVICE

This automated certificate of service was generated by the Eighth Judicial District Court. The foregoing Order Granting Motion was served via the court's electronic eFile system to all recipients registered for e-Service on the above entitled case as listed below:

Service Date: 9/7/2020

| | |
|---|---|
| Suzanne Martin | suzanne.martin@ogletreedeakins.com |
| James Lee | james@leelitigate.com |
| Erica Chee | erica.chee@ogletreedeakins.com |
| Isabella Lee | assist@leelitigate.com |