Electronically Filed
9/4/2020 6:56 PM
Steven D. Grierson
CLERK OF THE COURT

**MODR**
James J. Lee, Esq.
NV Bar No. 1909
LEGAL OFFICES OF JAMES J LEE
2620 Regatta Drive #102
Las Vegas, NV 89128
james@leelitigate.com
702-664-6545 | 702-946-1115 (Fax)
*Attorney for Plaintiff*

## EIGHTH JUDICIAL DISTRICT COURT
## CLARK COUNTY, NEVADA

Ciara Williams,

                Plaintiff,

Silvino Hinojosa, and TOPGOLF
USA Las Vegas, LLC, DOES 1
through X, inclusive, and ROES
through X, inclusive

                Defendants.

CASE NO: A-18-784031-C
Dept. No.: IV

**PLAINTIFF'S MOTION FOR AN ORDER EXTENDING TIME TO FILE AMENDED COMPLAINT**

**NO HEARING REQUESTED**

       Plaintiff Ciara Williams, by and through her counsel, The Legal Offices of James J. Lee, moves for an Order from the Court extending time to file her proposed Third Amended Complaint. This motion is based on Rule 6(b)(1) of the Nevada Rules of Civil Procedure.

### Facts and Procedural History

       On August 5, 2020 this Court issued a Minute Order granting Plaintiff's unopposed Motion for Leave to Amend her complaint and add TopGolf International d/b/a TopGolf Entertainment Group ("TopGolf International") as a Roe Corporation Defendant. The proposed Third Amended Complaint contains a cause of action grounded on Title VII, which raises a federal question and gives TopGolf International an opportunity to file a petition for removal to federal court. Whether it stays in federal court remains to be seen.

MOTION FOR ORDER EXTENDING TIME - 1

In a telephonic meet and confer on August 26, 2020 between counsel for Plaintiff and Defendant TopGolf Las Vegas, LLC ("TopGolf LV"), TopGolf LV's counsel disclosed they would most likely represent TopGolf International once it was added as a defendant in this action, and that they intended to remove the case to federal court as soon as possible.

The August 5, 2020 Minute Order also requested counsel to prepare the Order granting Plaintiff's motion to amend in accordance with EDCR 7.21. TopGolf LV drafted a proposed Order Granting Plaintiff's Motion to Amend Complaint (attached as **Exhibit 1**) which imposed a deadline of five days after the execution of the order for Plaintiff to file her proposed Third Amended Complaint. On August 21, 2020, while the parties were in depositions, and on August 26, 2020, during the aforementioned meet and confer, Plaintiff's counsel explained his objections to TopGolf LV's proposed order and its imposed five-day deadline. The parties are currently engaged in discovery with depositions of two important witnesses, Natalie Pueblas and Elba Servin, scheduled for September 14, 2020, and Plaintiff's deposition scheduled for September 16, 2020. Plaintiff's objections to the five-day time limit to file her amended complaint are due to the delay in discovery that removal to federal court will cause. Removal will immediately divest this Court of jurisdiction and indefinitely delay the above referenced depositions as the parties are required by federal procedure to await TopGolf International's answer to the complaint, engage in a discovery conference, file a discovery plan, and await affirmation of the plan through a scheduling order from the court before they can continue to engage in discovery.

Both Plaintiff and TopGolf LV have expressed their desire in the above referenced conferences for Plaintiff's deposition to proceed as scheduled, as it has already been delayed due to COVID-19 and because Plaintiff recently required medical treatment in Arizona that rendered her unable to attend proceedings. Plaintiff has also expressed her interest in the depositions of Natali Pueblas and Elba Servin proceeding as scheduled, as Plaintiff is informed and believes that one or both of the witnesses may become permanently unavailable during the time that the case is removed to federal court and discovery is put on hold.

Pueblas is expected to testify that she was sexually harassed by Defendant Silvino Hinojosa during her employment at TopGolf LV, that she knew of the harassment Plaintiff endured while at TopGolf LV, and that it was common knowledge among female staff that TopGolf LV did nothing to protect employees from sexual harassment. Servin is expected to testify that she was sexually harassed by Defendant Silvino Hinojosa ("Hinojosa") and filed a formal written complaint against him with TopGolf LV Human Resources, who failed to conduct or involve her in an investigation of her complaint and took no action to protect her. She is further expected to testify that she knew that Plaintiff endured sexual harassment by Defendant Hinojosa.

Despite these concerns, which were expressed in detail to TopGolf LV's counsel, TopGolf LV refuses to amend its proposed Order and allow Plaintiff additional time to file her Third Amended Complaint so that the depositions can proceed as scheduled. Plaintiff has requested that she be allowed 30-days from the date of her deposition to file the amended complaint. Accordingly, on August 27, 2020, TopGolf LV submitted a letter to this Court with its proposed Order allowing Plaintiff only five days to file her amended complaint. Due to the inability for the parties to agree on a proposed order, Plaintiff now moves for an order from this Court granting her at least 30-days after the date of her deposition to file her Third Amended Complaint. Attached as **Exhibit 2** is Plaintiff's proposed Order.

### Memorandum of Points and Authorities

Nevada Rules of Civil Procedure (NRCP) Rule 6(b)(1) provides that in the absence of a stipulation of the parties for an extension of time, the court may, for good cause, extend the time if a request is made before the original time or its extension expires. In this case, there is no rule that Plaintiff could find which would impose a certain deadline to file her proposed amended complaint. In fact, it is only TopGolf LV who has imposed an arbitrary deadline of five days. There is good cause to provide Plaintiff an extension of time from TopGolf LV's proposed deadline because, as described above, the already scheduled depositions of important fact witnesses will be indefinitely delayed by TopGolf International's removal of this action to federal court. Moreover, Plaintiff is informed and believed that essential testimony may be permanently

MOTION FOR ORDER EXTENDING TIME - 3

lost during the time it will take for discovery to recommence after removal to federal court. In contrast, TopGolf LV's counsel, who does not yet represent TopGolf Entertainment, cannot articulate any prejudice that would arise from Plaintiff's requested extension of time.

NRCP 27 allows a party to preserve deposition testimony before an action is filed where perpetuating testimony may prevent a failure or delay of justice, because of, for example, the risk that a witness may become unavailable. This motion is not grounded on Rule 27 because this action has been filed, but the rule gives expression to the underlying principle that substantial justice depends on trying cases on their merits and that the court may exercise its discretion to ensure that such justice is done. Here, Plaintiff is informed and believes that two fact witnesses may become unavailable during the period of indefinite delay in discovery that will arise from removal and the immediate divestment of this Court's jurisdiction over this action, In order to prevent a failure or delay in justice, the depositions should proceed as scheduled and Plaintiff should be allowed 30 days after her deposition is completed to file her Third Amended Complaint.

DATED this 4th day of September, 2020.

LEGAL OFFICES OF JAMES J. LEE

/s/ *James J. Lee*
James J. Lee
Nevada Bar No. 1909
2620 Regatta Drive #102
Las Vegas, NV 89128
*Attorney for Plaintiff*

MOTION FOR ORDER EXTENDING TIME - 4

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that the undersigned counsel will bring **PLAINTIFF'S MOTION FOR ORDER EXTENDING TIME** on for hearing before Department IV of this Court on the _____ day of _____, 2020, at the hour of _____ a.m./p.m., or as soon thereafter as the matter may be heard.

DATED this 4th day of September, 2020.

LEGAL OFFICES OF JAMES J. LEE

/s/ *James J. Lee*
James J. Lee
Nevada Bar No. 1909
2620 Regatta Drive #102
Las Vegas, NV 89128
*Attorney for Plaintiff Ciara Williams*

MOTION FOR ORDER EXTENDING TIME - 5

# EXHIBIT 1

**OGM**
SUZANNE L. MARTIN
Nevada Bar No. 8833
suzanne.martin@ogletreedeakins.com
ERICA J. CHEE
Nevada Bar No. 12238
erica.chee@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Wells Fargo Tower, Suite 1500
3800 Howard Hughes Parkway
Las Vegas, NV  89169
Telephone:  702.369.6800
Fax:  702.369.6888

*Attorneys for Defendant*
*TopGolf USA Las Vegas, LLC*

## EIGHTH JUDICIAL DISTRICT COURT

## CLARK COUNTY, NEVADA

| | |
|---|---|
| CIARA WILLIAMS,<br><br>                    Plaintiff,<br><br>vs.<br><br>SILVINO HINOJOSA, AND TOPGOLF USA LAS VEGAS, LLC, DOES 1 through X, inclusive AND ROES through X, inclusive,<br><br>                    Defendants. | Case No.:  A-18-784031-C<br>Dept. No.: IV<br><br><br>**ORDER GRANTING PLAINTIFF'S MOTION TO AMEND COMPLAINT** |

Plaintiff's Motion to Amend Complaint ("Motion") having come on before the Court for an *in camera* hearing, Defendant TopGolf USA Las Vegas, LLC's Notice of Non-Opposition to Plaintiff's Motion to Amend Complaint thereto having been filed pursuant to EDCR 2.20(e), and a Minute Order having been issued granting the Motion and directing Counsel to prepare the Order, good cause appearing,

. . .

. . .

. . .

. . .

1

IT IS HEREBY ORDERED that Plaintiff's Motion to Amend Complaint is hereby GRANTED.

IT IS FURTHER ORDERED that the Amended Complaint be filed or deemed filed within five days of the execution of this Order.

DATED this _____ day of August, 2020.


_____
DISTRICT COURT JUDGE

Respectfully submitted by:

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.


_____
Suzanne Martin, Nevada Bar No. 8833
Erica J. Chee, Nevada Bar No. 12238
3800 Howard Hughes Parkway, Suite 1500
Las Vegas, Nevada 89169
*Attorneys for Defendant TopGolf USA Las Vegas, LLC*


Approved as to form and content:

LEGAL OFFICES OF JAMES J. LEE


_____
James J. Lee
Nevada Bar No. 1909
2620 Regatta Drive, Suite 102
Las Vegas, NV 89128
*Attorney for Plaintiff*

# EXHIBIT 2

**OGM**
James J. Lee, Esq.
NV Bar No. 1909
LEGAL OFFICES OF JAMES J LEE
2620 Regatta Drive #102
Las Vegas, NV 89128
james@leelitigate.com
702-664-6545 | 702-946-1115 (Fax)
*Attorney for Plaintiff*

**EIGHTH JUDICIAL DISTRICT COURT**
**CLARK COUNTY, NEVADA**

Ciara Williams,

               Plaintiff,

Silvino Hinojosa, and TOPGOLF
USA Las Vegas, LLC, DOES 1
through X, inclusive, and ROES
through X, inclusive

               Defendants.

CASE NO: A-18-784031-C
Dept. No.: IV

**ORDER GRANTING PLAINTIFF'S
MOTION TO AMEND COMPLAINT**

       Plaintiff's Motion to Amend Complaint ("Motion") having come on before the Court for an *in camera* hearing, Defendant TopGolf USA Las Vegas, LLC's Notice of Non-Opposition to Plaintiff's Motion to Amend Complaint thereto having been filed pursuant to EDCR 2.20(e), and a Minute Order having been issued granting the Motion and directing Counsel to prepare the order, good cause appearing,

       IT IS HEREBY ORDERED that Plaintiff's Motion to Amend Complaint is hereby GRANTED.

       IT IS FURTHER ORDERED that the Amended Complaint be filed or deemed filed within 30 days of the completion of Plaintiff Ciara Williams' deposition.

       DATED this _____ day of September, 2020.

               ORDER GRANTING MOTION - 1

1

2                                    _____
                                     DISTRICT COURT JUDGE
3

Respectfully Submitted by:

4

LEGAL OFFICES OF JAMES J. LEE

5

6
/s/ James J. Lee
7    James J. Lee, Esq.
     Nevada Bar No. 1909
8    2620 Regatta Drive, Suite 102
     Las Vegas, NV 89128
9    *Attorney for Plaintiff*

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                              ORDER GRANTING MOTION - 2

**CERTIFICATE OF SERVICE**

I hereby certify that, pursuant to NEFCR 9(A), I electronically transmitted the foregoing **PLAINTIFF'S MOTION FOR ORDER EXTENDING TIME TO FILE AMENDED COMPLAINT** to the Clerk's Office using the electronic filing process for the Eighth Judicial District Court to the following registrant:

Suzanne L. Martin
Erica J. Chee

Pursuant to NRCP 5(b), I hereby further certify that on this date, service of the foregoing was also made by depositing a true and correct copy of same for mailing, first class mail, postage prepaid thereon, at Las Vegas, Nevada, to the following:

Silvino Hinojosa, ID #01722886
Clark County Detention Center
330 S. Casino Center Boulevard
Las Vegas, NV 89101-6102

DATED this 4th day of September 2020

/s/ Isabella Lee
An employee of The Legal Offices
of James J. Lee

MOTION FOR ORDER EXTENDING TIME - 6