JAMES J. LEE
Nevada Bar No. 1909
Email: james@leelitigate.com
Legal Offices of James J. Lee
2620 Regatta Dr., Suite 102
Las Vegas, Nevada 89128
***
900 W. Broadway St. Suite 920
San Diego, CA 92110
Cell: 702-521-4377
Ofc: 702-664-6545
Fax: 702-946-1115

*Attorney for Plaintiff Ciara Williams*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| CIARA WILLIAMS, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>SILVINO HINOJOSA, TOPGOLF USA LAS VEGAS, LLC, TOPGOLF INTERNATIONAL, INC. d/b/a TOPGOLF ENTERTAINMENT GROUP, DOES I through X, inclusive, and ROES I through X, inclusive,<br><br>Defendants. | 2:20-cv-01871-RFB-NJK<br><br>Case No. 2:19-cv-00477-CJC-FFM<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR PLAINTIFF'S REPLY IN SUPPORT OF MOTION TO REMAND**<br><br>**(First Request)** |

Plaintiff Ciara Williams ("Plaintiff") and Defendant TopGolf USA Las Vegas, LLC. ("TopGolf"), through their respective attorneys, hereby agree and stipulate to extend Plaintiff's time to file her reply in support of her November 10, 2020 Motion to Remand to State Court. ("Motion") (ECF No. 14). TopGolf filed its Opposition to Plaintiff's Motion on November 20, 2020 (ECF No. 19). The deadline for Plaintiff's Reply is currently November 27, 2020 and

STIPULATION AND ORDER TO EXTEND DEADLINE FOR PLAINTIFF'S REPLY

would be extended to November 30, 2020. This is the first request for such an extension. The request is made due to the Thanksgiving holiday, in good faith, and not to cause delay, pursuant to LR IA 6-1, LR IA 6-2, and LR 7-1.

DATED this 24th day of November, 2020.

LEGAL OFFICES OF JAMES J. LEE

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

/s/ James J. Lee
_____

James J. Lee, Esq.
Nevada Bar No. 1909
2620 Regatta Drive #102
Las Vegas, NV  89128
*Attorneys for Plaintiff*

/s/ Erica J. Chee
_____

Erica J. Chee
Nevada Bar No. 12238
Suzanne L. Martin
Nevada Bar No. 8833
Wells Fargo Tower
Suite 1500
3800 Howard Hughes Parkway
Las Vegas, NV  89169
*Attorneys for Defendant*
*TopGolf USA Las Vegas, LLC*

IT IS SO ORDERED.

IT IS SO ORDERED:

_____

RICHARD F. BOULWARE, II
United States District Judge

DATED this 30th day of November, 2020.

2

STIPULATION AND ORDER TO EXTEND DEADLINE FOR PLAINTIFF'S REPLY

## CERTIFICATE OF SERVICE

I hereby certify that I electronically transmitted the foregoing **STIPULATION TO EXTEND DEADLINE FOR PLAINTIFF'S REPLY IN SUPPORT OF MOTION TO REMAND** to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Suzanne Martin
Erica Chee

Pursuant to FRCP 5(b), I hereby further certify that service of the foregoing was made on November 25, 2020 by depositing a true and correct copy of same for mailing, first-class mail, postage prepaid thereon, at Las Vegas, Nevada, addressed to the following:

Silvino Hinojosa, ID #01722886
Clark County Detention Center
330 S. Casino Center Boulevard
Las Vegas, NV 89101-6102
*Defendant in pro se*

DATED this 25th day of November, 2020.

　/s/ Isabella Lee                                    
An employee of Legal Offices of James J. Lee

CERTIFICATION OF SERVICE