JAMES J. LEE
Nevada Bar No. 1909
Email: james@leelitigate.com
Legal Offices of James J. Lee
2620 Regatta Dr., Suite 102
Las Vegas, Nevada 89128
900 W. Broadway St. Suite 920
San Diego, CA 92110
Cell: 702-521-4377
Ofc: 702-664-6545
Fax: 702-946-1115
***
DAREN H. LIPINSKY
GREGORY G. RIZIO
JASON R. SANCHEZ
Rizio Lipinsky Law Firm PC
5811 Pine Avenue Suite A
Chino Hills, CA 91709
909-620-1800
*PRO HAC VICE*

*Attorneys for Plaintiff Ciara Williams*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| CIARA WILLIAMS, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>SILVINO HINOJOSA, TOPGOLF USA LAS VEGAS, LLC, TOPGOLF INTERNATIONAL, INC. d/b/a TOPGOLF ENTERTAINMENT GROUP, DOES I through X, inclusive, and ROES I through X, inclusive,<br><br>Defendants. | Case No. 2:20-cv-01871-RFB-NJK<br><br>**STIPULATION AND ORDER DISMISSING TOPGOLF INTERNATIONAL INC. AS A DEFENDANT** |

Plaintiff Ciara Williams ("Plaintiff") and Defendant TopGolf USA Las Vegas, LLC ("TopGolf"), through their respective attorneys, hereby agree and stipulate that Defendant TOPGOLF INTERNATIONAL, INC. D/B/A TOPGOLF ENTERTAINMENT GROUP shall be dismissed from this action, in its entirety, with prejudice.  Each party is to bear their own attorney's fees and costs.

IT IS FURTHER STIPULATED that the caption in this matter shall be amended to remove TOPGOLF INTERNATIONAL, INC. d/b/a TOPGOLF ENTERTAINMENT GROUP as a Defendant in this action.

DATED this 26 day of February, 2021.

| Legal Offices Of James J. Lee | Ogletree, Deakins, Nash, Smoak & Stewart, P.C. |
|---|---|
| /s/ *James J. Lee* | /s/ *Erica J. Chee* |
| James J. Lee, Esq.<br>Nevada Bar No. 1909<br>Legal Offices of James J. Lee<br>2620 Regatta Drive #102<br>Las Vegas, NV  89128<br><br>Daren H. Lipinsky<br>Gregory G. Rizio<br>Jason R. Sanchez<br>Rizio Lipinsky Law Firm PC<br>5811 Pine Avenue Suite A<br>Chino Hills, CA 91709<br>909-620-1800<br>*PRO HAC VICE*<br><br>*Attorneys for Plaintiff Ciara Williams* | Erica J. Chee<br>Nevada Bar No. 12238<br>Suzanne L. Martin<br>Nevada Bar No. 8833<br>Wells Fargo Tower<br>Suite 1500<br>3800 Howard Hughes Parkway<br>Las Vegas, NV  89169<br>*Attorneys for Defendant*<br>*TopGolf USA Las Vegas, LLC* |

## ORDER

IT IS SO ORDERED.



RICHARD F. BOULWARE, II
United States District Court

DATED this 26th day of February, 2021.

# CERTIFICATE OF SERVICE

I hereby certify that I electronically transmitted the foregoing STIPULATION AND ORDER DISMISSING TOPGOLF INTERNATIONAL INC. AS A DEFENDANT to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Suzanne Martin
Erica Chee

Pursuant to FRCP 5(b), I hereby further certify that service of the foregoing was made on February 26, 2021 by depositing a true and correct copy of same for mailing, first-class mail, postage prepaid thereon, at Las Vegas, Nevada, addressed to the following:

Silvino Hinojosa, ID #01722886
Clark County Detention Center
330 S. Casino Center Boulevard
Las Vegas, NV 89101-6102
*Defendant in pro se*

DATED this 26 day of February, 2021.

          /s/ *Isabella Lee*
An employee of Legal Offices of James J. Lee

46162568.1