**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| CIARA WILLIAMS, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>SILVINO HINOJOSA, TOPGOLF USA LAS VEGAS, LLC, TOPGOLF USA, INC., DOES I through X, inclusive, and ROES I through X, inclusive,<br><br>Defendants. | Case No.: 2:20-cv-01871-RFB-NJK<br><br>**ORDER FOR WITHDRAWAL OF ERICA J. CHEE AS COUNSEL OF RECORD AND REMOVAL FROM CM/ECF SERVICE LIST** |

Pursuant to Local Rule IA 11-6(b), Suzanne L. Martin of the law firm of Ogletree, Deakins, Nash, Smoak & Stewart, P.C., hereby requests that Erica J. Chee be removed from the instant

- 1 -

action as an attorney of record for Defendants Topgolf USA Las Vegas, LLC and Topgolf USA, Inc. (collectively, "Defendants") as Ms. Chee is no longer with the firm.

This Motion is made in good faith and will not result in the delay of discovery, trial, or any hearing in this case. Defendant will continue to be represented by Suzanne L. Martin and Molly M. Rezac. Suzanne L. Martin also respectfully requests that Ms. Chee be removed from the CM/ECF filing notification in this matter.

DATED this 20th day of April, 2021.

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

*/s/ Suzanne L. Martin*
Suzanne L. Martin
Nevada Bar No. 8833
Erica J Chee
Nevada Bar No. 12238
3800 Howard Hughes Parkway
Suite 1500
Las Vegas, NV  89169

Molly M. Rezac
Nevada Bar No. 7435
200 S. Virginia Street, 8th Floor
Reno, NV  89501

*Attorneys for Defendants TopGolf USA Las Vegas, LLC and TopGolf USA, Inc.*

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: April 21, 2021