**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| CIARA WILLIAMS, an individual,<br><br>          Plaintiff,<br><br>     vs.<br><br>SILVINO HINOJOSA, TOPGOLF USA LAS VEGAS, LLC, TOPGOLF USA, INC., DOES I through X, inclusive, and ROES I through X, inclusive,<br><br>          Defendants. | Case No. 2:20-cv-01871-RFB-NJK<br><br>**ORDER<br>EXTENDING REBUTTAL EXPERT<br>DISCLOSURE DEADLINE<br>(THIRD REQUEST)** |

1

Plaintiff Ciara Williams ("Plaintiff"), and Defendants TopGolf USA Las Vegas, LLC, ("TopGolf LV") and TopGolf USA, Inc. ("TGUSA") (collectively "TopGolf Defendants")[1] through their respective attorneys, hereby stipulate and request that the deadline for Rebuttal Expert Disclosures set forth in the Stipulated Discovery Plan & Scheduling Order pursuant to FRCP 26(f)(3) and LR 26-3 (ECF NO. 48) be extended by thirty (30) days. The parties have exchanged initial expert disclosures and the current deadline for rebuttal expert disclosures is May 3, 2021. This deadline was not extended in the parties' last request to extend discovery deadlines (ECF NO. 48).

There is good cause for an extension because Plaintiff's retained rebuttal expert, Charles Colosimo, Ph.D., recently withdrew from the case due to unexpected medical procedures which will leave him unable to work for several weeks.

The parties have met and conferred and have agreed to extend the rebuttal expert deadline thirty (30) days to June 2, 2021, to afford Plaintiff time to retain a new rebuttal expert and for said expert to prepare a report. The parties will have until the discovery cut-off date of July 1, 2021 to take the depositions of the experts.

This request is made in good faith, with good cause, is not made to cause delay, is submitted pursuant to LR IA 6-1, LR IA 6-2, and LR 7-1 and is the parties' third request to extend the rebuttal expert disclosure deadline.

///
///
///
///
///
///

---

[1] Defendant Silvino Hinojosa is currently incarcerated in Clark County Detention Center. A copy of this stipulation will be served on him via First Class Mail.

   SO STIPULATED.

DATED this 23rd day of April, 2021.

| | |
|---|---|
| LEGAL OFFICES OF JAMES J. LEE | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. |
| /s/ *James J. Lee* | /s/ *Suzanne L. Martin* |
| James J. Lee, Esq.<br>Nevada Bar No. 1909<br>Legal Offices of James J. Lee<br>2620 Regatta Drive #102<br>Las Vegas, NV  89128<br><br>Daren H. Lipinsky<br>Gregory G. Rizio<br>Jason R. Sanchez<br>Rizio Lipinsky Law Firm PC<br>5811 Pine Avenue Suite A<br>Chino Hills, CA 91709<br>909-620-1800<br>*PRO HAC VICE*<br><br>*Attorneys for Plaintiff*<br>*Ciara Williams* | Suzanne L. Martin<br>Nevada Bar No. 8833<br>Molly Malone Rezac<br>Nevada Bar No. 7435<br>Wells Fargo Tower<br>Suite 1500<br>3800 Howard Hughes Parkway<br>Las Vegas, NV  8916<br><br>*Attorneys for Defendant*<br>*TopGolf USA Las Vegas, LLC and*<br>*TopGolf USA, Inc.* |

**ORDER**

   IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

April 26, 2021
_____
DATED

3