1
2
3
4
5
6

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

7   CIARA WILLIAMS,

8          Plaintiff,

9   v.

10   SILVINO HINOJOSA, et al.,

11          Defendants.

Case No. 2:20-cv-01871-RFB-NJK

**ORDER**

12          Each non-governmental party is required to file a certificate of interested parties
13   concurrently with its first appearance in a case. Fed. R. Civ. P. 7.1(b)(1); Local Rule 7.1-1(c). No
14   party has done so. *See* Docket. Accordingly, all parties must file certificates of interested parties
15   no later than August 10, 2021.

16          IT IS SO ORDERED.

17          Dated: August 5, 2021

18                                                          _____
19                                                          Nancy J. Koppe
                                                            United States Magistrate Judge
20
21
22
23
24
25
26
27
28