JAMES J. LEE, ESQ.
Nevada Bar No. 1909
**Legal Offices of James J. Lee**
2620 Regatta Dr., Suite 102
Las Vegas, Nevada 89128
\*\*\*
900 W. Broadway St. Suite 920
San Diego, CA 92110
Cell: 702-521-4377
Ofc: 702-664-6545
Fax: 702-946-1115
Email: james@leelitigate.com

DAREN H. LIPINSKY
Email: dlipinsky@riziolawfirm.com
GREGORY G. RIZIO
Email: grizio@riziolawfirm.com
JASON R. SANCHEZ
Email: jsanchez@riziolawfirm.com
**Rizio Lipinsky Law Firm PC**
5811 Pine Avenue, Suite A
Chino Hills, CA  91709
(909) 620-1800 / (909) 597-6199 Fax
PRO HAC VICE

Attorneys for Plaintiff, CIARA WILLIAMS

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| CIARA WILLIAMS,<br><br>             Plaintiff,<br><br>  vs.<br><br>SILVINO HINOJOSA; TOPGOLF USA LAS VEGAS, LLC; TOPGOLF USA, INC.; DOES I though X inclusive; AND ROES I though X, Inclusive<br><br>             Defendants. | Case No. 2:20-cv-01871-RFB-NJK<br><br>**MOTION AND PROPOSED ORDER FOR WITHDRAWAL OF JASON R. SANCHEZ AS COUNSEL OF RECORD AND REMOVAL FROM CM/ECF SERVICE LIST** |

1

**Motion and Proposed Order for Withdrawal of Jason R. Sanchez as Counsel of Record and Removal from CM/ECF Service List**

Pursuant to Local Rule IA 11-6(b), Daren H. Lipinsky of the law firm of Rizio Lipinsky Law Firm PC, hereby requests that Jason R. Sanchez be removed from the instant action as an attorney of record for Plaintiff, Ciara Williams ("Plaintiff") as Mr. Sanchez is no longer with the firm.

This Motion is made in good faith and will not result in the delay of discovery, trial, or any hearing in this case. Plaintiff will continue to be represented by James J. Lee, Daren H. Lipinsky and Gregory G. Rizio. Daren H. Lipinsky also respectfully requests that Mr. Sanchez be removed from the CM/ECF filing notification in this matter.

DATED this 10th day of August, 2021                                  RIZIO LIPINSKY LAW FIRM PC

/s/ *Daren H. Lipinsky*
DAREN H. LIPINSKY
Attorney for Plaintiff,
CIARA WILLIAMS

**ORDER**

IT IS SO ORDERED.

DATED: August 11, 2021

_____
UNITED STATES MAGISTRATE JUDGE

2

**Motion and Proposed Order for Withdrawal of Jason R. Sanchez as Counsel of Record and Removal from CM/ECF Service List**