UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| CIARA WILLIAMS,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>SILVINO HINOJOSA, *et al.*,<br><br>　　　　　　Defendants.<br>_____<br><br>ELBA SERVIN, *et al.*,<br><br>　　　　　　Plaintiffs,<br>　v.<br><br>SILVINO HINOJOSA, *et al.*,<br><br>　　　　　　Defendants. | **ORDER CONSOLIDATING CASES**<br><br>Case No. 2-20-cv-01871-RFB-NJK<br><br><br><br>Case No. 2:21-cv-01064-JCM-EJY |

　　　These two cases come before the Court on motions to consolidate, filed on July 19, 2021 in cases 2-20-cv-01871-RFB-NJK and 2:21-cv-01064-JCM-EJY.  Courts may consolidate actions that involve common questions of law or fact. Fed. R. Civ. P. 42(a).  The district court has broad discretion over whether to order consolidation, and in doing so "weighs the saving of time and effort consolidation would produce against any inconvenience, delay, or expense that it would cause." Huene v. United States, 743 F.2d 703, 704 (9th Cir. 1984).  The judges to whom these actions are assigned have reviewed the motions and, exercising their discretion, the undersigned judges find that consolidation of these actions would support judicial economy would avoid conflicting and duplicative orders.

　　　IT IS THEREFORE ORDERED that Plaintiffs' Motions to Consolidate are GRANTED. Case Nos. 2-20-cv-01871-RFB-NJK and 2:21-cv-01064-JCM-EJY are consolidated, with Case No. 2-20-cv-01871-RFB-NJK serving as the lead case.  All further filings in these cases shall be filed in the lead case.

     IT IS FURTHER ORDERED that Case No. 2-21-cv-01064-JCM-EJY is reassigned to District Judge Richard F. Boulware and Magistrate Judge Nancy Koppe for all further proceedings.

     DATED this 16th day of August, 2021.

| | |
|---|---|
| RICHARD F. BOULWARE, II<br>UNITED STATES DISTRICT JUDGE | JAMES C. MAHAN<br>UNITED STATES DISTRICT JUDGE |