SUZANNE L. MARTIN
Nevada Bar No. 8833
suzanne.martin@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Wells Fargo Tower
Suite 1500
3800 Howard Hughes Parkway
Las Vegas, NV  89169
Telephone:  702.369.6800
Fax:  702.369.6888

MOLLY M. REZAC
Nevada Bar No. 7435
molly.rezac@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
200 S. Virginia Street, 8th Floor
Reno, NV  89501
Telephone:  775.440.2373
*Attorneys for Defendants Topgolf USA Las Vegas, LLC
and Top Golf USA, Inc.*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| CIARA WILLIAMS, an individual,<br><br>Plaintiff,<br><br>    vs.<br><br>SILVINO HINOJOSA, TOPGOLF USA LAS VEGAS, LLC, TOPGOLF USA, INC., DOES I through X, inclusive, and ROES I through X, inclusive,<br><br>                Defendants. | Case No.: 2:20-cv-01871-RFB-NJK<br><br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE REPLY IN SUPPORT OF MOTION TO STRIKE**<br><br>**(First Request)** |
| ELBA SERVIN, BRIAN GOMEZ, and NATALY PUEBLAS,<br><br>Plaintiffs,<br><br>vs.<br><br>SILVINO HINOJOSA, TOPGOLF USA LAS VEGAS, LLC, TOPGOLF USA, INC., DOES I through X, inclusive, and ROES I through X, inclusive,<br><br>                Defendants. | |

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Wells Fargo Tower
Suite 1500, 3800 Howard Hughes Parkway
Las Vegas, NV 89169
Telephone: 702.369.6800

Pursuant to LR IA 6-1, LR IA 6-2 and LR 7-1, Plaintiffs Ciara Williams, Elba Servin, Brian Gomez and Nataly Pueblas (collectively, "Plaintiffs") and Defendants Topgolf USA Las Vegas, LLC and Top Golf USA, Inc. (collectively, "Defendants")[1], by and through their respective counsel of record, hereby request and stipulate to extend the time for Defendants to file their Reply in Support of Motion to Strike Certain Paragraphs of Plaintiff's First Amended Complaint (Servin Docket, ECF No 16.).  Defendants' response is currently due August 23, 2021.  The parties request an extension of time up to and including September 2, 2021 for Defendants to file their Reply. This extension is sought to allow Defendants the opportunity to adequately respond to the issues set forth in the Opposition to the Motion to Strike.  This is the parties' first request for an extension of time.

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

 . .

. . .

. . .

. . .

. . .

. . .

---

[1] Defendant Silvino Hinojosa is currently incarcerated in the Clark County Detention Center.

1    This Stipulation is made in good faith and is not intended for purposes of delay.

2    DATED this 20th day of August, 2021.          DATED this 20th day of August, 2021.

3    LEGAL OFFICES OF JAMES J. LEE                 OGLETREE, DEAKINS, NASH, SMOAK & STEWART,
                                                    P.C.
4

5    /s/ *James J. Lee*                            /s/ *Molly M. Rezac*

6    James J. Lee                                  Suzanne L. Martin
     Nevada Bar No. 1909                           Nevada Bar No. 8833
7    2620 Regatta Drive #102                       Wells Fargo Tower
     Las Vegas, NV  89128                          Suite 1500
8    *Attorney for Plaintiffs*                     3800 Howard Hughes Parkway
                                                    Las Vegas, NV  89169
9    RIZIO LIPINSKY LAW FIRM PC

10                                                  Molly M. Rezac
     Gregory G. Rizio (*admitted pro hac vice*)    Nevada Bar No. 7435
11   Daren H. Lipinsky (*admitted pro hac vice*)   200 S. Virginia Street, 8th Floor
     5811 Pine Avenue, Suite A                     Reno, NV  89501
12   Chino Hills, CA  91709                         *Attorneys for Defendants*
     *Attorneys for Plaintiff Ciara Williams*      *Topgolf USA Las Vegas, LLC and Top Golf*
13                                                  *USA, Inc.*

14

15                                    **ORDER**

16

17        IT IS SO ORDERED.

18   _____
     **RICHARD F. BOULWARE, II**
19   **United States District Court**

20   DATED this 20th day of August, 2021.

21

22

23

24

25

26

27

28