1  SUZANNE L. MARTIN
   Nevada Bar No. 8833
2  suzanne.martin@ogletree.com
3  OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
   Wells Fargo Tower
4  Suite 1500
   3800 Howard Hughes Parkway
5  Las Vegas, NV 89169
   Telephone: 702.369.6800
6  Fax: 702.369.6888

7  MOLLY M. REZAC
8  Nevada Bar No. 7435
   molly.rezac@ogletree.com
9  OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
   200 S. Virginia Street, 8th Floor
10 Reno, NV 89501
11 Telephone: 775.440.2373
   *Attorneys for Defendants Topgolf USA Las Vegas, LLC*
12 *and Top Golf USA, Inc.*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| 15  CIARA WILLIAMS, an individual, | Case No.: 2:20-cv-01871-RFB-NJK |
| 16                      Plaintiff, | |
| 17          vs. | **STIPULATION AND ORDER TO** |
| 18 | **EXTEND TIME TO FILE REPLY IN** |
| 19  SILVINO HINOJOSA, TOPGOLF USA LAS VEGAS, LLC, TOPGOLF USA, INC., DOES I through X, inclusive, and ROES I through X, inclusive, | **SUPPORT OF MOTION TO DISMISS FIRST AMENDED COMPLAINT** |
| 20 | |
| 21                      Defendants. | **(First Request)** |
| 22  ELBA SERVIN, BRIAN GOMEZ, and NATALY PUEBLAS, | |
| 23                      Plaintiffs, | |
| 24  vs. | |
| 25  SILVINO HINOJOSA, TOPGOLF USA LAS VEGAS, LLC, TOPGOLF USA, INC., DOES I through X, inclusive, and ROES I through X, inclusive, | |
| 26 | |
| 27 | |
| 28                      Defendants. | |

*Vertical left margin:* OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
WELLS FARGO TOWER
SUITE 1500, 3800 HOWARD HUGHES PARKWAY
LAS VEGAS, NV 89169
TELEPHONE: 702.369.6800

Pursuant to LR IA 6-1, LR IA 6-2 and LR 7-1, Plaintiffs Ciara Williams, Elba Servin, Brian Gomez and Nataly Pueblas (collectively, "Plaintiffs") and Defendants Topgolf USA Las Vegas, LLC and Top Golf USA, Inc. (collectively, "Defendants")[1], by and through their respective counsel of record, hereby request and stipulate to extend the time for Defendants to file their Reply in Support of Motion to Dismiss Plaintiff's First Amended Complaint (Servin Docket, ECF No 17.).  Defendants' response is currently due August 30, 2021.  The parties request an extension of time up to and including September 10, 2021 for Defendants to file their Reply.  This extension is sought to allow Defendants the opportunity to adequately respond to the issues set forth in the Opposition to the Motion to Dismiss.  This is the parties' first request for an extension of time.

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

 . .

. . .

. . .

. . .

. . .

. . .

. . .

---

[1] Defendant Silvino Hinojosa is currently incarcerated in the Clark County Detention Center.

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
WELLS FARGO TOWER
SUITE 1500, 3800 HOWARD HUGHES PARKWAY
LAS VEGAS, NV 89169
TELEPHONE: 702.369.6800

1    This Stipulation is made in good faith and is not intended for purposes of delay.

2    DATED this 25th day of August, 2021.        DATED this 25th day of August, 2021.

3    LEGAL OFFICES OF JAMES J. LEE                OGLETREE, DEAKINS, NASH, SMOAK & STEWART,
                                                  P.C.
4

5    /s/ *James J. Lee*                           /s/ *Molly M. Rezac*
     James J. Lee                                 Suzanne L. Martin
6    Nevada Bar No. 1909                          Nevada Bar No. 8833
     2620 Regatta Drive #102                      Wells Fargo Tower
7    Las Vegas, NV  89128                         Suite 1500
     *Attorney for Plaintiffs*                    3800 Howard Hughes Parkway
8                                                 Las Vegas, NV  89169
9    RIZIO LIPINSKY LAW FIRM PC

10   Gregory G. Rizio (*admitted pro hac vice*)   Molly M. Rezac
     Daren H. Lipinsky (*admitted pro hac vice*)  Nevada Bar No. 7435
11   5811 Pine Avenue, Suite A                    200 S. Virginia Street, 8th Floor
     Chino Hills, CA  91709                       Reno, NV  89501
12   *Attorneys for Plaintiff Ciara Williams*     *Attorneys for Defendants*
                                                  *Topgolf USA Las Vegas, LLC and Top Golf*
13                                                *USA, Inc.*

14                                         **ORDER**
15

16          IT IS SO ORDERED.

17

18                                         _____
                                           **RICHARD F. BOULWARE, II**
19                                         **United States District Court**

20                                         DATED this 26th day of August, 2021.

21                                                                    48283510.1
22

23

24

25

26

27

28