JAMES J. LEE, ESQ.
Nevada Bar No. 1909
Legal Offices of James J. Lee
2620 Regatta Dr., Suite 102
Las Vegas, Nevada 89128
***
600 W. Broadway St. Suite 920
San Diego, CA 92110
Cell: 702-521-4377
Ofc: 702-664-6545
Fax: 702-946-1115
Email: james@leelitigate.com
***
DAREN H. LIPINSKY
GREGORY G. RIZIO
TAYLOR DEROSA
Rizio Lipinsky Law Firm PC
5811 Pine Avenue Suite A
Chino Hills, CA 91709
909-620-1800
PRO HAC VICE
*Attorneys for Plaintiffs Ciara Williams, Elba Servin, Brian Gomez, and Nataly Pueblas*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| CIARA WILLIAMS, an individual,<br><br>    Plaintiff,<br> vs.<br><br>SILVINO HINOJOSA, TOPGOLF USA LAS VEGAS, LLC, TOPGOLF USA, INC., DOES I through X, inclusive, and ROES I through X, inclusive,<br><br>    Defendants.<br>ELBA SERVIN, BRIAN GOMEZ, and NATALY PUEBLAS,<br><br>    Plaintiffs,<br> vs.<br><br>SILVINO HINOJOSA, TOPGOLF USA LAS VEGAS, LLC, TOPGOLF USA, INC., DOES I through X, inclusive, and ROES I through X, inclusive,<br>    Defendants. | Case No.: 2:20-cv-01871-RFB-NJK<br><br>**STIPULATION OF DISMISSAL [FRCP 41(a)] AND ORDER OF DIMISSAL** |

Plaintiffs Ciara Williams, Elba Servin, Brian Gomez, and Nataly Pueblas, and Defendants Silvino Hinojosa, Topgolf USA Las Vegas, LLC and Topgolf USA, Inc. hereby stipulate under Federal Rule of Civil Procedure 41(a)(1)(ii) that this action be dismissed with prejudice as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs.

DATED this 16th day of November 2021.

| DATED this 16th day of November 2021. | DATED this 16th day of November 2021. |
|---|---|
| LEGAL OFFICES OF JAMES J. LEE | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. |
| /s/ James J. Lee | /s/ Suzanne L. Martin |
| James J. Lee | Suzanne L. Martin |
| Nevada Bar No. 1909 | Nevada Bar No. 8833 |
| 2620 Regatta Drive #102 | Wells Fargo Tower |
| Las Vegas, NV 89128 | Suite 1500 |
| | 3800 Howard Hughes Parkway |
| | Las Vegas, NV 89169 |
| RIZIO LIPINSKY LAW FIRM PC | Molly M. Rezac |
| Daren H. Lipinsky (*admitted pro hac vice*) | Nevada Bar No. 7435 |
| Gregory G. Rizio (*admitted pro hac vice*) | 200 S. Virginia Street, 8th Floor |
| Taylor Derosa (*admitted pro hac vice*) | Reno, NV 89501 |
| 5811 Pine Avenue, Suite A | *Attorneys for Defendants Topgolf USA Las Vegas, LLC and Top Golf USA, Inc.* |
| Chino Hills, CA 91709 | |
| *Attorneys for Plaintiff Ciara Williams* | |

DATED this 16th day of November 2021.

/s/ Silvino Hinojosa
Silvino Hinojosa
*Defendant in pro se*

**ORDER**

IT IS SO ORDERED.

_____
RICHARD E. BOULWARE, II
United States District Court

DATED this 17th day of November, 2021.

# CERTIFICATE OF SERVICE

I hereby certify that I electronically transmitted the foregoing **STIPULATION OF DISMISSAL [FRCP 41(a)] AND ORDER OF DIMISSAL** to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Suzanne Martin (suzanne.martin@ogletree.com)
Molly Reznac (molly.reznac@ogletreedeakins.com)

Pursuant to FRCP 5(b), I hereby further certify that service of the foregoing was made on November 17th, 2021, by depositing a true and correct copy of same for mailing, first-class mail, postage prepaid thereon, at Oceanside, California, addressed to the following:

Silvino Hinojosa, ID #01722886
Clark County Detention Center
330 S. Casino Center Boulevard
Las Vegas, NV 89101-6102
*Defendant in pro se*

DATED this 16th day of November 2021.

/s/ Ashley Kuhnert

An employee of Legal Offices of James J. Lee

# CERTIFICATE OF SERVICE

I hereby certify that I electronically transmitted the foregoing **STIPULATION OF DISMISSAL [FRCP 41(a)] AND ORDER OF DIMISSAL** to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Suzanne Martin (suzanne.martin@ogletree.com)
Molly Reznac (molly.reznac@ogletreedeakins.com)

Pursuant to FRCP 5(b), I hereby further certify that service of the foregoing was made on November 17th, 2021, by depositing a true and correct copy of same for mailing, first-class mail, postage prepaid thereon, at Oceanside, California, addressed to the following:

Silvino Hinojosa, ID #01722886
Clark County Detention Center
330 S. Casino Center Boulevard
Las Vegas, NV 89101-6102
*Defendant in pro se*

DATED this 16th day of November 2021.

/s/ Ashley Kuhnert

An employee of Legal Offices of James J. Lee

3